Daniel Partida, H-48181
CTF-North
P O Box 705
Soledad, CA 93960-0705

Petitioner In Pro Se

E-filing



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL PARTIDA,

    Petitioner,

vs.

BEN CURRY, Warden, California Training Facility-Central,

    Respondent

Case No. CV 08 3751

Supreme Court: S160641
Second Appellate District
Division 2: B204834
LASC No.: BH004210
Criminal Trial: BA043905

**MOTION TO PROCEED WITH MODIFIED HABEAS CORPUS FORMAT**

    COMES NOW Petitioner Daniel Partida, who respectfully moves the Court for permission to proceed with the filing of his petition for writ of habeas corpus by a modified format that includes the federal pro se informal format with regards to the factual information required. Petitioner states that the form is confusing en toto and appears to be based around a challenge to the original conviction. Petitioner believes that the format he has submitted for his habeas petition is far cleaner and clearer, and adequately presents the claims, facts, arguments, and supporting law.

///

## CONCLUSION

The Court should grant the motion to use the submitted petition.

Dated: July 31st, 2008.

Respectfully submitted,

_____
Daniel Partida, in pro se

## DECLARATION OF SERVICE BY MAIL

**Case Name:** DANIEL PARTIDA v. BEN CURRY, WARDEN

**Court:** United States District Court, Central District of California

**Title of Doc.:** **MOTION TO PROCEED WITH MODIFIED HABEAS CORPUS FORMAT**

I, the undersigned, declare:

I am the party in the foregoing action. I am over 18 years of age and a citizen of the United States. On the date below I have served a copy of the attached subject document upon the opposing party by placing a true copy of same in the U.S. mail depository, proper postage affixed thereto, and correctly addressed as follows:

Attorney General of California
Attn: Supervising D.A.G.
300 South Spring Street
Fifth Floor, North Tower
Los Angeles, CA 90013

SWORN TO UNDER PENALTY OF PERJURY, under the laws of California, this 31st day of July, 2008, at Soledad, CA.

*Danny Partida*
DANIEL PARTIDA, declarant